IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.: 18-10097-CIV-MOORE

RICARDO SANCHEZ, as Personal Representative of the
ESTATE OF TERESA SANCHEZ QUETGLAS;
ELIA BONFANTE, as Personal Representative of the
ESTATE OF ANA GAITAN DIAZ;
FRANCISCO CORTES, as Personal Representative of the
ESTATE OF MARGARITA CORTES-PARDO; and
JULIO LOPEZ-BERMEJO ROSSELLO, as Personal
Representative of the ESTATE OF MARIA LOPEZ-
BERMEJO ROSSELLO

    Plaintiffs,
v.

DISCOUNT ROCK & SAND, INC.; a Florida corporation;
and CARLOS MANSO BLANCO, individually.

    Defendants.
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT, CARLOS MANSO BLANCO ONLY

COME NOW the Plaintiffs, by and through their undersigned counsel, do hereby notify this Court that a settlement has been reached with Defendant, CARLOS MANSO BLANCO, only. This matter continues against Defendant, DISCOUNT ROCK & SAND, INC.

**SILVA & SILVA, P.A**.
236 Valencia Avenue
Coral Gables, Florida 33134
Telephone: (305) 445-0011
Fax: (305) 445-1181
Email: playne@silvasilva.com
Secondary Email: mromera@silvasilva.com

>By: /s/ Paul Jon Layne
>**Paul Jon Layne, Esq.**
>**Florida Bar No. 23558**

# SERVICE LIST

I HEREBY CERTIFY that on this 3rd day of February, 2020 a true and correct copy of the foregoing was filed via CM/ECF and served via email to all counsel of record.

>By: /s/ Paul Jon Layne
>**Paul Jon Layne, Esq.**
>**Florida Bar No. 23558**
>*Counsel for Plaintiff*

*Counsel for Defendants, Discount Rock & Sand, Inc.*
Carmen Contreras-Martinez, Esq.
Andie Cox, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 3600
Miami, FL 33131
Tel: 305.428.4608
Fax: 305.374.4744
carmen.contreras-martinez@saul.com ; andie.cox@saul.com ; aida.mclaughlin@saul.com ;
jessica.barrero@saul.com

*Counsel for Defendant, Carlos Manso Blanco*
Kenneth Olsen, Esq.
Laura Lee Glass, Esq.
The Olsen Law Firm
502 East Tyler Street
Tampa, FL 33602
Tel. 813-223-3657
Fax. 813-225-1187
Olsen@theolsenlawfirm.com